ELECTRONICALLY FILED
Garland County Circuit Court
Jeannie Pike, Garland Co. Circuit Court Clerk
2021-Nov-11 14:22:03
26CV-21-1202
C18ED03 : 5 Pages

### IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS
### CIVIL DIVISION

**DANE WRIGHT**                                                                    **PLAINTIFF**

V.                         **CASE NO. 26CV-21-_____**

**TEXAS ROADHOUSE HOLDINGS LLC**                         **DEFENDANT**

### COMPLAINT

COMES NOW the Plaintiff, Dane Wright, by and through his attorneys, Berry & Turnage, and for his Complaint against the Defendant, states as follows:

### I.     RESIDENCY AND PARTIES

1. The Plaintiff, Dane Wright, is an individual adult resident of Pike County, Arkansas with a residential address of #11 Mud Lake Road, Glenwood, AR 71943.

2. The corporate Defendant, Texas Roadhouse Holdings LLC, hereinafter referred to as "Defendant") is, and was at all times mentioned in this Complaint, a corporation organized and existing under the laws of the State of Arkansas, and may be served with process through its agent, Corporation Service Company, 300 Spring Building, Suite 900, 300 S. Spring St., Little Rock, AR 72201.

3. The corporate Defendant, Texas Roadhouse Holdings LLC, is and was at all times mentioned in this Complaint, a corporation organized and existing under the laws of Arkansas.

## II.     JURISDICTION AND VENUE

4.     This Court has jurisdiction pursuant to Ark. Code Ann. § 16-13-201(a), which provides that circuit courts shall have original jurisdiction of all actions and proceedings for the redress of civil grievances except where exclusive jurisdiction is given to other courts.

5.     Venue is proper pursuant to Ark. Code Ann. § 16-60-101, which provides that all actions for personal injury may be brought in the county where the incident occurred which caused the injury, in the county where the person injured resided at the time of the injury, or the county in which the defendant resided.

## III.     BASIC PREMISE

6.     This is a negligence case which arose on March 18, 2021 in Hot Springs, Arkansas, Garland County.

## IV.     FACTS

7.     At all material times, Defendant operated a restaurant and was an alcoholic beverage retailer who did business under the name of Texas Roadhouse.

8.     That at all times relevant hereto, Plaintiff, Mr. Dane Wright, was a business invitee.

9.     On or about, March 18, 2021, Mr. Wright was sitting at the bar area of Texas Roadhouse, having dinner.

10.    Another patron, who was later identified as Mr. Troy L. Dawson, was also sitting in the bar area.

11.    Mr. Dawson was clearly intoxicated and acting belligerent towards the other patrons and staff.

12.    At approximately 5:45 PM, Mr. Dawson approached Mr. Wright and stated he was going to "kick his ass."

13. Mr. Dawson then got out of his chair and grabbed Mr. Wright by his neck, briefly choking him before he pulled him out of his chair and threw him to the ground.

14. Mr. Dawson's unidentified friend pulled him off the Plaintiff and the two fled the premises.

15. Mr. Wright sustained injuries to his neck and back.

### V. CAUSE OF ACTION

### SALE OF ALCOHOL TO CLEARLY INTOXICATED PERSON

16. The Defendant, an alcoholic beverage retailer, knowingly sold alcoholic beverages to Mr. Dawson, who was clearly intoxicated at the time of such sale.

17. The Defendant, an alcoholic beverage retailer, sold alcohol to Mr. Dawson under circumstances where they reasonably knew or should have known the person was clearly intoxicated at the time of the sale.

18. At the time of the sale, Mr. Dawson was obviously intoxicated and presented a clear danger to others.

19. Due to the Defendant's sale of alcohol to Mr. Dawson when he was obviously intoxicated, the Plaintiff suffered injuries and damages.

### NEGLIGENCE

20. The Defendant owed the Plaintiff a duty to use reasonable care to protect him from reasonably foreseeable harm from other patrons.

21. The Defendant failed to use reasonable care to protect Plaintiff from reasonably foreseeable harm from another patron.

### VI. PROXIMATE CAUSATION

22. The Defendant's negligence proximately caused the incident described herein and the injuries and damages sustained by the Plaintiff.

## VII.   INJURIES AND COMPENSATORY DAMAGES

23.   As a result of the aforesaid conduct and breach of care of the Defendant, Texas Roadhouse Holdings LLC, Plaintiff sustained personal injuries and damages.

24.   Plaintiff is entitled to the following damages:

    a. The natures, extent, duration, and permanency of his injuries;

    b. The full extent of the injuries he sustained;

    c. The expense of his medical care, treatment, and services received, including transportation, board and lodging expenses, and those expenses that are reasonably certain to be required in the future;

    d. Any pain, suffering, and mental anguish experienced in the past and reasonably certain to be experienced in the future;

    e. The value of any earnings, earning capacity, profits, or salary lost in the past and that are reasonably certain to be lost in the future; and

    f. The visible results of his injuries.

25.   The injuries and damages described herein have been suffered in the past and will be continuing in the future.

## VIII.   DEMAND AND PRAYER FOR RELIEF

26.   Plaintiff demands a jury trial.

27.   The Plaintiff demands judgment against the Defendant for damages in a sum in excess of that required for federal court jurisdiction in diversity of citizenship cases and sufficient to fully compensate him for his damages.

28.  The Plaintiff demands judgment against the Defendant in an amount to be set by the jury to compensate him for his damages, for reasonable expenses; costs; and for all other proper relief to which he may be entitled.

RESPECTFULLY SUBMITTED,

Dane Wright

By  /s/ Chris Turnage

Chris Turnage (Ark. Bar No. 2008187)
BERRY & TURNAGE
1319 Main Street
Conway, AR 72034
Telephone:   (501) 328-5500
Facsimile:    (501) 585-7316
Email:         chris@seriouslawyer.com

THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS
CIVIL DIVISION

DANE WRIGHT                                                                                     PLAINTIFF

v.                                        Case No. 26CV-21-1202

TEXAS ROADHOUSE HOLDINGS LLC                                                   DEFENDANT

SUMMONS

THE STATE OF ARKANSAS TO DEFENDANT:

Texas Roadhouse Holdings LLC
c/o Corporation Service Company
300 Spring Building, Suite 900
300 S. Spring Street
Little Rock, AR  72201

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Chris C. Turnage, Ark. Bar No. 2008187
Berry & Turnage
1319 Main Street
Conway, Arkansas  72034

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional Notices Included: _____

_____

_____

Jeannie Pike
**Garland County Circuit Clerk**
501 Ouachita Avenue, Rm. 207
Hot Springs, AR  71901

                                                 By: _____
                                                     CLERK OF THE COURT

                                               Date: _____

[SEAL]

No. 26CV-21-1202 This summons is for TEXAS ROADHOUSE HOLDINGS LLC, Defendant.

# PROOF OF SERVICE

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☐ On_____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or


☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:

☐ I was unable to execute service because:

_____

_____

_____

_____

_____

_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____    SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
    [signature of server]

_____
    [printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____

By: _____
    [signature of server]

_____
    [printed name]

Address: _____

    Phone: _____

Subscribed and sworn to before me this date: _____

    Notary Public _____

My Commission Expires: _____

Additional information regarding service or attempted service:

_____

_____



Arkansas Judiciary

**Case Title:** DANE WRIGHT V TEXAS ROADHOUSE HOLDINGS LLC
**Case Number:** 26CV-21-1202

**Type:** SUMMONS - FILER PREPARED

So Ordered

*Tammie Tucker*

TAMMIE TUCKER

Electronically signed by TLTUCKER on 2021-11-12 15:54:02    page 7 of 7

ELECTRONICALLY FILED
Garland County Circuit Court
Jeannie Pike, Garland Co. Circuit Court Clerk
2021-Nov-23 10:55:37
26CV-21-1202
C18ED03 : 3 Pages

## IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS
## CIVIL DIVISION

**DANE WRIGHT**                                                              **PLAINTIFF**

**v.**                         **CASE NO. 26CV-21-1202**

**TEXAS ROADHOUSE HOLDINGS LLC**                      **DEFENDANT**

### AFFIDAVIT IN COMPLETION OF SERVICE OF PROCESS

STATE OF ARKANSAS     )
                                  )ss.
COUNTY OF GARLAND     )

I, Christopher C. Turnage, being first duly sworn upon my oath, state:

I am the attorney of record for the Plaintiff, Dane Wright, in the hereinabove-styled cause of action, and in that connection, I did, on the 15th day of November, 2021, cause to be mailed, a letter enclosing a filed-marked copy of the Complaint, as filed in the office of the Circuit Clerk of Garland County, Arkansas, and a summons issued by the Clerk in this cause, to the following address, to-wit:

Texas Roadhouse Holdings LLC
c/o Corporation Service Company
300 Spring Building, Suite 900
300 S. Spring Street
Little Rock, AR 72201-2425

These documents were sent by certified mail, return receipt requested, restricted delivery to addressee only, article number 7020 1290 002 1413 1584, and were received by the Defendant as evidenced by the signature, affixed as addressee or agent of addressee, on November 19, 2021, which is contained upon the official return receipt card from the United States Postal Service, a copy of which is attached hereto as Exhibit "A", and by this reference incorporated herein.

Further, Affiant saith not.

_____
CHRISTOPHER C. TURNAGE

SUBSCRIBED AND SWORN to before me, a Notary Public, on this 23rd day of November 2021.

_____
NOTARY PUBLIC

My Commission Expires:

April 11, 2030
(SEAL)

(Notary Seal: JASON MCALLISTER, NOTARY PUBLIC, ARKANSAS, FAULKNER COUNTY, 12710586, EXPIRES 4-11-2030)

# EXHIBIT "A"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Texas Roadhouse Holdings LLC
c/o Corporation Service Company
300 Spring Building, Suite 900
300 S. Spring Street
Little Rock, AR 72201-2425



9590 9402 6238 0265 8182 12

2. Article Number (Transfer from service label)

7020 1290 0002 1413 1584

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   ail
   ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

**USPS TRACKING #**



9590 9402 6238 0265 8182 12

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Berry & Turnage
1319 Main Street
Conway, AR 72034-5334