ELECTRONICALLY FILED
Garland County Circuit Court
Jeannie Pike, Garland Co. Circuit Court Clerk
2021-Nov-11 14:22:03
26CV-21-1202
C18ED03 : 5 Pages

IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS
CIVIL DIVISION

**DANE WRIGHT**                                                              **PLAINTIFF**

V.                              CASE NO. 26CV-21-_____

**TEXAS ROADHOUSE HOLDINGS LLC**                                             **DEFENDANT**

### COMPLAINT

COMES NOW the Plaintiff, Dane Wright, by and through his attorneys, Berry & Turnage, and for his Complaint against the Defendant, states as follows:

### I.   RESIDENCY AND PARTIES

1. The Plaintiff, Dane Wright, is an individual adult resident of Pike County, Arkansas with a residential address of #11 Mud Lake Road, Glenwood, AR 71943.

2. The corporate Defendant, Texas Roadhouse Holdings LLC, hereinafter referred to as "Defendant") is, and was at all times mentioned in this Complaint, a corporation organized and existing under the laws of the State of Arkansas, and may be served with process through its agent, Corporation Service Company, 300 Spring Building, Suite 900, 300 S. Spring St., Little Rock, AR 72201.

3. The corporate Defendant, Texas Roadhouse Holdings LLC, is and was at all times mentioned in this Complaint, a corporation organized and existing under the laws of Arkansas.

## II.     JURISDICTION AND VENUE

4.     This Court has jurisdiction pursuant to Ark. Code Ann. § 16-13-201(a), which provides that circuit courts shall have original jurisdiction of all actions and proceedings for the redress of civil grievances except where exclusive jurisdiction is given to other courts.

5.     Venue is proper pursuant to Ark. Code Ann. § 16-60-101, which provides that all actions for personal injury may be brought in the county where the incident occurred which caused the injury, in the county where the person injured resided at the time of the injury, or the county in which the defendant resided.

## III.     BASIC PREMISE

6.     This is a negligence case which arose on March 18, 2021 in Hot Springs, Arkansas, Garland County.

## IV.     FACTS

7.     At all material times, Defendant operated a restaurant and was an alcoholic beverage retailer who did business under the name of Texas Roadhouse.

8.     That at all times relevant hereto, Plaintiff, Mr. Dane Wright, was a business invitee.

9.     On or about, March 18, 2021, Mr. Wright was sitting at the bar area of Texas Roadhouse, having dinner.

10.     Another patron, who was later identified as Mr. Troy L. Dawson, was also sitting in the bar area.

11.     Mr. Dawson was clearly intoxicated and acting belligerent towards the other patrons and staff.

12.     At approximately 5:45 PM, Mr. Dawson approached Mr. Wright and stated he was going to "kick his ass."

13. Mr. Dawson then got out of his chair and grabbed Mr. Wright by his neck, briefly choking him before he pulled him out of his chair and threw him to the ground.

14. Mr. Dawson's unidentified friend pulled him off the Plaintiff and the two fled the premises.

15. Mr. Wright sustained injuries to his neck and back.

## V.   CAUSE OF ACTION

### SALE OF ALCOHOL TO CLEARLY INTOXICATED PERSON

16. The Defendant, an alcoholic beverage retailer, knowingly sold alcoholic beverages to Mr. Dawson, who was clearly intoxicated at the time of such sale.

17. The Defendant, an alcoholic beverage retailer, sold alcohol to Mr. Dawson under circumstances where they reasonably knew or should have known the person was clearly intoxicated at the time of the sale.

18. At the time of the sale, Mr. Dawson was obviously intoxicated and presented a clear danger to others.

19. Due to the Defendant's sale of alcohol to Mr. Dawson when he was obviously intoxicated, the Plaintiff suffered injuries and damages.

### NEGLIGENCE

20. The Defendant owed the Plaintiff a duty to use reasonable care to protect him from reasonably foreseeable harm from other patrons.

21. The Defendant failed to use reasonable care to protect Plaintiff from reasonably foreseeable harm from another patron.

## VI.   PROXIMATE CAUSATION

22. The Defendant's negligence proximately caused the incident described herein and the injuries and damages sustained by the Plaintiff.

## VII.   INJURIES AND COMPENSATORY DAMAGES

23.  As a result of the aforesaid conduct and breach of care of the Defendant, Texas Roadhouse Holdings LLC, Plaintiff sustained personal injuries and damages.

24.  Plaintiff is entitled to the following damages:

   a. The natures, extent, duration, and permanency of his injuries;

   b. The full extent of the injuries he sustained;

   c. The expense of his medical care, treatment, and services received, including transportation, board and lodging expenses, and those expenses that are reasonably certain to be required in the future;

   d. Any pain, suffering, and mental anguish experienced in the past and reasonably certain to be experienced in the future;

   e. The value of any earnings, earning capacity, profits, or salary lost in the past and that are reasonably certain to be lost in the future; and

   f. The visible results of his injuries.

25.  The injuries and damages described herein have been suffered in the past and will be continuing in the future.

## VIII.   DEMAND AND PRAYER FOR RELIEF

26.  Plaintiff demands a jury trial.

27.  The Plaintiff demands judgment against the Defendant for damages in a sum in excess of that required for federal court jurisdiction in diversity of citizenship cases and sufficient to fully compensate him for his damages.

28. The Plaintiff demands judgment against the Defendant in an amount to be set by the jury to compensate him for his damages, for reasonable expenses; costs; and for all other proper relief to which he may be entitled.

RESPECTFULLY SUBMITTED,

Dane Wright

By  *Chris Turnage*
Chris Turnage (Ark. Bar No. 2008187)
BERRY & TURNAGE
1319 Main Street
Conway, AR 72034
Telephone:   (501) 328-5500
Facsimile:    (501) 585-7316
Email:         chris@seriouslawyer.com