IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DANE WRIGHT                                                                                              PLAINTIFF

v.                                            Case No. 6:21-cv-06161

TEXAS ROADHOUSE HOLDINGS, LLC                                                      DEFENDANT

### INITIAL SCHEDULING ORDER

The Court hereby issues its Initial Scheduling Order in this case.  All documents filed with the United States District Court for the Western District of Arkansas **must** be filed electronically.  To register as a CM/ECF user, review the CM/ECF Administrative Policies and Procedures, and to learn more about electronic filing, consult the court's web site at **www.arwd.uscourts.gov**.

1. The parties are jointly responsible for holding their Rule 26(f) conference call no later than **January 13, 2022** and their Joint Rule 26(f) Report concerning such conference must be electronically filed no later than **January 20, 2022**.

Counsel should consult Rule 26(f) of the Federal Rules of Civil Procedure, CM/ECF Policies and Procedures Manual for Civil Filings and Local Rule 26.1 for guidance on preparing said report.  Counsel is advised that Motions for Class Certification must be electronically filed **no later than ninety (90) days after the Fed. R. Civ. P. 26(f) conference**.  The deadlines set in the Rule 26(f) Report for completing discovery should be **no later than 120 days before the scheduled trial date**.  Summary Judgment Motions should be filed **no later than thirty (30) days after the close of discovery**.

2. The Court has set a jury trial date to begin at the call of the Court on **Monday, August 15, 2022 in Hot Springs, Arkansas.**

3. Any conflicts among the parties concerning any of the issues in the Rule 26(f) Report or the trial date set by the Court should be set out in writing on the last page of the Rule 26(f) Report under

1

the caption of "UNRESOLVED ISSUES" and if not so noted, will be deemed waived.  The Court will rule on these issues and a final scheduling order will be issued confirming the trial date.

    **IT IS SO ORDERED** this 23rd day of December 2021.


*/s/Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**