IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DANE WRIGHT                                                                                    PLAINTIFF

v.                               Case No. 6:21-cv-06161

TEXAS ROADHOUSE HOLDINGS, LLC                                                  DEFENDANT

## ORDER

Before the Court is Plaintiff Dane Wright's Motion for Voluntary Dismissal (ECF No. 8). Defendant has not filed a response, and the time to do so has passed. This matter is now ready for consideration.

Plaintiff moves the Court to dismiss his complaint (ECF No. 4) without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). This rule provides that "an action may be dismissed at the plaintiff's request only by court order on terms that the court considers proper." *Id.* Because Defendant does not object and this case is still in its infancy, the Plaintiff's motion is granted. However, if Plaintiff does refile his complaint, he may be ordered to pay all or part of the costs of this action pursuant to Fed. R. Civ. P. 41(d).

The Court finds that Plaintiff's Motion for Voluntary Dismissal (ECF No. 8) should be and hereby is **GRANTED**. Plaintiff's complaint (ECF No. 4) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 8th day of February 2022.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**